Teresa L. FOWLER, Petitioner,

v.

United States POSTAL SERVICE,
Respondent.

No. 2014–3014.

United States Court of Appeals,
Federal Circuit.

Aug. 11, 2014.

John O. Haraldson, Sellers & Haraldson, of Des Moines, IA, argued for petitioner.

Benjamin Mark Moss, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, Kirk Manhardt, Assistant Director, and Jane W. Vanneman, Senior Trial Counsel. Of counsel on the brief was Morgan E. Rehrig, Law Department, United States Postal Service, of Washington, DC.

PROST, Chief Judge, O'MALLEY and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**